FILED
May 3, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG 07-0138 DAD |
| Plaintiff, ) | |
| v.                        ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CHAD MICHAEL SCHNEIDER, ) | |
| ) | |
| Defendant.        ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Chad Michael Schneider</u>, Case No. <u>MAG 07-0138 DAD</u>, Charge <u>Title 18 USC §§ 371; 1343; 2326</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

**X** Bail Posted in the Sum of $ _50,000_

**X** Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

**X** (Other) _Pretrial Services Supervision of Conditions of Release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on May 3, 2007 at 2:30 pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge